NUMBER 13-02-556-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

_______________________________________________________________

 

FERMAN EUGENE RASH, JR., ET AL.,           Appellants,

 

                                                   v.

 

BROWN
WATER MARINE SERVICE INC., ET AL.,                     Appellees.

________________________________________________________________

 

                        On appeal from the 343rd  District Court

                                 of Aransas County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

           Before Chief Justice
Valdez and Justices Dorsey and Hinojosa

Opinion
Per Curiam

 








Appellants, FERMAN EUGENE RASH, JR., ET AL., attempted to perfect an appeal
from a judgment entered by the 343rd District Court of Aransas County, Texas, in cause number A-99-0266-CV-C.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal.  In the motion, appellant states that this
case has been resolved and appellant no longer wishes to prosecute this
appeal.  Appellants request that this
Court dismiss the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st
day of October, 2002.